# EXHIBIT 1

Account Discovery Systems, LLC

| | |
|---|---|
| Balance | $ 1,997.73 |
| Current Creditor | DNF Associates LLC |
| Current Creditor Acct# | 5127593 |
| Original Creditor | NORDSTROM |
| Original Creditor Acct# | 203363396 |
| Date | 03/02/2016 |

▼ SEND TO: ▼

ɹɹˡˡɹɹˡˡˡɹˡɹˡɹɹˡˡˡɹˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡ

**Account Discovery Systems, LLC**
P.O. Box 606
Amherst, NY 14226-0606
Pay online at www.Accountdiscoverysystems.com

DISCOVER    MasterCard    **VISA** 

Payment Processed By: PaymentManagementServices

ɹɹˡˡɹɹˡˡˡɹˡɹˡɹɹˡˡˡˡˡˡˡˡˡ

Juan C Pavlovich
555 Saturn Blvd Ste B
San Diego, CA 92154-4798

☐ *Check here if your address or phone number has changed. Please indicate changes on the back of this page, and return in enclosed envelope.*

▲ ***PLEASE DETACH THIS PORTION AND RETURN WITH PAYMENT*** ▲

▼ *** PLEASE RETAIN THIS PORTION FOR YOUR RECORDS *** ▼

Dear Juan C Pavlovich,

Our client, DNF Associates LLC has placed the above referenced account in the amount of $ 1,997.73 with us for collections.

Please contact us at **(866) 412-2734** or **(716) 504-6864** to discuss resolving this matter. Our representatives are available Monday - Thursday from 8:00AM - 7:00PM Friday from 8:00AM - 4:30PM Eastern Time .

**This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Unless you notify us within 30 days after receiving this notice that you dispute the debt or any portion thereof, we will assume this debt is valid.  If you notify us in writing within 30 days after receiving this notice, that the debt or any portion thereof is disputed, we will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such verification or judgment.  If you request from us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.**

**PLEASE SEE ADDITIONAL NOTICES AND DISCLOSURES ON THE REVERSE SIDE OF THIS LETTER.**

www.payadsllc.com

**Monday - Thursday from 8:00AM - 7:00PM
Friday from 8:00AM - 4:30PM Eastern Time**

OFFICE HOURS - Monday - Thursday from 8:00AM - 7:00PM Friday from 8:00AM - 4:30PM Eastern Time . Please call **(866) 412-2734** or Saturday 8:00 a.m. a 4:30 p.m., Sábados de 8:00 a.m. a 12:00 p.m. Horas del Este. Porfavor llame al (866) 412-2734 o al (716) 504-6864 durante horas normales. Tenemos representantes que hablan Español.

**PAYMENTS -** Visit www.payadsllc.com to pay online with a credit card or for additional information regarding payments by personal check, money order, certified check, bank wire,check by phone, Western Union or Money Gram. **DISPUTED PAYOFFS -** If you are sending a payoff amount that you intend to be payment in full but is less than the now due balance, you must mail your disputed payoff remittance to Account Discovery Systems, LLC Disputed Payoff, 495 Commerce Drive, Suite 2, Amherst, NY 14228. **"If Applicable" INTEREST CHARGES & SETTLEMENTS** - At our discretion, a statement or correspondence may include post charge off interest and/or offer a settlement amount less than the legal now due balance. Account Discovery Systems, LLC, LLC reserves the right to withdraw an offer of settlement for less than the full payoff amount any time after the settlement offer period expires.

**GENERAL CORRESPONDENCE -** Should include your name, account no. and phone no. mailed to P.O. Box 606 Amherst, NY 14226-0623. Please use the payment form above to report any address or phone changes or faxed to 716-691-5397.

**CREDIT REPORTING CORRESPONDENCE –** Should include your name, account no. & phone no. mailed to the attention of the Credit Reporting Division at Account Discovery Systems, LLC Disputed Payoff,495 Commerce Drive, Suite 2, Amherst, NY 14228 or faxed to 716-691-5397. With all correspondence it is helpful to include supporting documentation with a clear statement how we may be of assistance. You may visit www.annualcreditreport.com for a free credit file disclosure once every 12 months or contact each company directly. TransUnion - www.transunion.com, 800-916-8800, Experian - www.experian.com, 888-397-3742, Equifax - www.equifax.com, 800-685-1111. **BANKRUPTCY CORRESPONDENCE –** should include bankruptcy and account information sent to Account Discovery Systems, LLC Clerk, 495 Commerce Drive, Suite 2, Amherst, NY 14228, by fax to 716-691-5397 or by phone to (866) 412-2734, ext. 2001. Please disregard this letter if the reverse mentioned debt is the subject of a bankruptcy proceeding or has otherwise been discharged.

**NOTICE OF IMPORTANT RIGHTS: California -** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may not contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. **Colorado -** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. **Massachusetts -** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector. **Minnesota -** This collection agency is licensed by the Minnesota Department of Commerce. **New York City -** Department of Consumer Affairs License No.1435033. Debt collectors, in accordance with the Fair Debt Collection Practices Act,15 U.S.C. section 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: (1) Supplemental security income, (SSI); (2) Social security; (3) Public assistance (welfare); (4) Spousal support, maintenance (alimony) or child support; (5) Unemployment benefits; (6) Disability benefits; (7) Workers' compensation benefits; (8) Public or private pensions; (9) Veterans' benefits; (10) Federal student loans, federal student grants, and federal work study funds; and; (11) Ninety percent of your wages or salary earned in the last sixty days. **North Carolina -** Department of Insurance Permit No.: 110172. **Tennessee -** This collection agency is licensed by the collection Service Board, State Department of Commerce and Insurance of Tennessee. **Utah -** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. **PRIVACY STATEMENT:** Account Discovery Systems, LLC wants to inform you of how we will handle confidential information we obtain about you. Information we collect – Account Discovery Systems, LLC, LLC may collect nonpublic personal information about you from the original creditor, consumer reporting agencies, and other parties for the purposes of acquiring location information as provided for by the Fair Debt Collection Practices Act, 15 USC § 1692 et seq. Information we disclose – We do not disclose any nonpublic personal information about you to anyone, except as provided for by the Fair Debt Collection Practices Act, 15 USC § 1692 and the Fair Credit Reporting Act, 15 USC § 1681 et seq. Security - Account Discovery Systems, LLC restricts access to nonpublic personal information about you to those employees who need to know that information to process this account. Account Discovery Systems, LLC maintains physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information. **Additional Rights -** If your state's privacy laws provide for different rights, require a different procedure to exercise your privacy rights under those laws or you need additional explanations, we will explain your rights when you call (866) 412-2734.

071812-0935