BRENDAN H. LITTLE
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Facsimile: (716) 853-5199
Email: blittle@lippes.com

*Pro Hac Vice* Attorney for Defendants
ACCOUNT DISCOVERY SYSTEMS, LLC and
DNF ASSOCIATES, LLC

JEFF POOLE
**ROPERS, MAJESKI, KOHN & BENTLEY**
445 South Figueroa Street, Suite 3000
Los Angeles, California 90071-1608
Telephone:  (213) 312-2000
Facsimile:   (213) 312-2001
Email:       jeff.poole@rmkb.com

Attorneys for Defendants
ACCOUNT DISCOVERY SYSTEMS, LLC and
DNF ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PAVLOVICH, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCOUNT DISOCVERY SYSTES, LLC and DNF ASSOCIATES, LLC<br><br>    Defendants. | **CASE NO.  17-cv-412-AJB-KSC**<br><br>**DECLARATION OF DAVID J. MACZKA IN SUPPORT OF DEFENDANT DNF ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>**Hon. Anthony J. Battaglia**<br><br>**DATE:   December 7, 2017**<br>**TIME:    2:00 p.m.**<br>**CTRM:   Courtroom 4A** |

**DECLARATION OF DAVID J. MACZKA IN SUPPORT OF DNF ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT**

## **DECLARATION OF DAVID J. MACZKA**

1. I am the Director of Compliance of Defendant DNF Associates, LLC ("DNF"). I have personal knowledge of the business practice and procedures of DNF.

2. I submit this Declaration in support of DNF's Motion for Summary Judgment pursuant to FED. R. CIV. P. 56(a).

3. DNF is a passive debt buyer, which means it does not engage in any collection activities concerning the debt or accounts that it acquires. Specifically, DNF does not perform any collection activities such as drafting or sending notices to debtors, contacting debtors over the telephone or directing the activities of any third-party debt collectors with whom DNF contracts to collect on outstanding debts.

4. DNF did not take any steps to collect on Plaintiff Juan Pavlovich's debt. Specifically, DNF did not draft or send any notices to Plaintiffs, did not contact or attempt to contact Plaintiffs over the telephone or through any other medium and did not exercise any direction or control over the purported collection activities that are the subject of the Complaint.

5. DNF does not, nor has it ever, employed any individuals who actively attempt to collect debts.

6. DNF does contract with third-parties to service accounts that DNF owns.

- 1 -

7. In this case, DNF purchased and is the current owner of Juan Pavolich's account.

8. DNF did contract with Account Discovery Systems, LLC ("ADS") to service Plaintiff Juan Pavolich's account.

9. DNF does not exercise control over or otherwise direct the collection activities of ADS.

10. I declare under the penalty of perjury that the foregoing is true and correct.

*[signature]*

David J. Maczka