Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Semnar & Hartman, LLP
Babak Semnar, Esq. (SBN 224890)
Jared M. Hartman (SBN 254860)
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (619) 500-4187
Fax: (888) 819-8230

Attorneys for Plaintiff: JUAN PAVLOVICH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PAVLOVICH, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOUNT DISCOVERY SYSTEMS, LLC; and DNF ASSOCIATES, LLC.<br><br>Defendant. | Case No. 3:17-cv-00412-AJB-KSC<br><br>**DECLARATION OF BABAK SEMNAR, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT DNF ASSOCIATES, LLC'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** |

## **DECLARATION OF COUNSEL, BABAK SEMNAR, ESQ.**

I, Babak Semnar, Esq., declare under oath as follows:

1. I am an attorney in good standing within the State of California, and am a member in good standing of this Court.

2. The following declaration is of my own personal knowledge, unless otherwise stated, and if called to testify as to its contents I could and would do so competently.

3. Attached as Exhibit A are true and correct copies of the transcript of the deposition that I took of Defendant DNF ASSOCIATES, LLC's designated person pursuant to Rule 30(b)(6).

4. I submit these transcripts in support of Plaintiff JUAN PAVLOVICH's Response in Opposition to Motion to Dismiss filed by Defendant DNF ASSOCIATES, LLC.

I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct.

DATED:  11-9-17                                 **SEMNAR & HARTMAN, LLP**

By: /s/ Babak Semnar
     Babak Semnar, Esq.
     Attorneys for Plaintiff,
     JUAN PAVLOVICH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# In the Matter Of:

## JUAN PAVLOVICH v ACCOUNT DISCOVERY SYSTEMS

Case No: 3:15-cv-02197-GPC-JLB

## DAVID MACZKA

*September 22, 2017*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF CALIFORNIA

 3   -------------------------------------------

 4   JUAN PAVLOVICH, individually and on behalf of
     all others similarly situated,
 5
             Plaintiffs,
 6
      -vs-            Case No: 3:15-cv-02197-GPC-JLB
 7
     ACCOUNT DISCOVERY SYSTEMS, LLC, and
 8   DNF ASSOCIATES, LLC,

 9           Defendants.
     -------------------------------------------
10       Examination Before Trial of DAVID MACZKA,

11   held before Brittany M. Whelan, Notary Public,

12   at The Law Offices of Lippes, Mathias, Wexler,

13   Friedman, LLP, 50 Fountain Plaza, Suite 1700,

14   Buffalo, New York, on Friday, September 22nd,

15   2017 at 10:08 a.m., ending at 1:45 p.m.,

16   pursuant to notice.

17

18

19

20

21

22

23

24

25
```



```
 1   A P P E A R A N C E S:

 2   Attorneys for the Plaintiff:

 3   SEMNAR & HARTMAN, LLP
     BY:  BABAK SEMNAR, ESQ.,
 4   400 South Melrose Dr., Suite 209
     Vista, California 92081
 5   (619) 500-4187

 6
     Attorneys for the Defendants:
 7
     LIPPES, MATHIAS, WEXLER & FRIEDMAN, LLP
 8   BY:  BRENDAN H. LITTLE, ESQ.,
     50 Fountain Plaza, Suite 1700
 9   Buffalo, New York 14202
     (716) 853-5100
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1      validation on a debt or some consumer requests
 2      it, that gets to you from the debt collector
 3      and you send it out to media and say look at
 4      the contract on this account?
 5   A. Correct.
 6   Q. They would look at what, a database?
 7   A. Yeah.  It's saved on a server, all of the data
 8      or all of the documents for that account.
 9      It's all separated in folders by product and
10      things like that.
11   Q. I got you.  So when you buy debt, it comes in
12      a file and within that file there are certain
13      documents that are attached to that account?
14   A. Correct.
15   Q. Okay.  And they would keep track of that?
16   A. Correct.
17   Q. And you said if we pull legal, what does that
18      mean?
19   A. If we pursue legal on an account.  If we
20      intend on filing a suit on a consumer, not us
21      personally but the attorneys that work with
22      us, they would -- part of that has to do with
23      if they're going to sue they need that media,
24      has to show the ownership of the account, the
25      consumer.
```



```
 1   Q.  Why would you sue a consumer versus sending it
 2       to collection agencies?
 3   A.  It would go through a collection process first
 4       and if they couldn't collect on it, if we went
 5       to a couple different agencies and they
 6       couldn't collect on it, we may pursue it.
 7       It's a small percentage of accounts we may do
 8       that on.
 9   Q.  Okay.  That's an option?
10   A.  Yes.  It's like the last option on an account.
11   Q.  And that's run by your media department?
12   A.  Well they'll pull media.  The outsource team
13       has agreements with attorneys and they keep
14       track of that.  Not only outsourcing the
15       collection agencies, but outsourcing the
16       attorneys.
17   Q.  Your attorneys are part of your outsource
18       team?  Media is more of the documents?
19   A.  They're like a collection agency, so they're
20       hired just like a collection agency.  They're
21       not our attorneys personally.  They're
22       attorneys that work for us.  Just like a
23       collection service agreement, we have an
24       attorney service agreement that we would
25       outsource accounts to them.  They would review
```



```
 1    them.  If they deem that they can pursue the
 2    account legally, they will.  There are
 3    accounts they would return back to us saying
 4    no, we don't want to for whatever reason.
 5  Q. Like the statute is ran or --
 6  A. Yeah.  Whatever it may be.  Maybe there's not
 7    enough documentation or not enough information
 8    there to pursue it.
 9  Q. So media would pull the records?
10  A. And provide it to the outsource team.
11  Q. Provide it to the outsource, outsource would
12    put a package together, send it over to the
13    attorney with an agreement that says you're
14    going to go and file lawsuit.  Would it be on
15    behalf the DNF?
16         MR. LITTLE:  Form.
17  A. Correct.
18  Q. So the lawsuit would be filed on behalf of DNF
19    in hopes of trying to collect money on that
20    account?
21  A. Yes.
22  Q. And the attorney would review it.  If they say
23    yeah, there's enough here, they sign the
24    agreement and move forward?
25  A. Correct.
```



```
 1   Q. At that point the attorney would be
 2      representing DNF?
 3   A. I believe so, yes.
 4   Q. Obviously that's who owes the debt at that
 5      point?
 6   A. Correct.
 7   Q. The attorney would try to collect through a
 8      lawsuit?
 9   A. Yes.
10   Q. And if the attorney wanted information,
11      interrogatories which always happens in
12      lawsuits, who would fill out the
13      interrogatories with the attorney, would that
14      be someone at DNF?
15   A. I mean, I haven't been specifically involved
16      so I'm, you know, I don't oversee the legal
17      part of it so I'm not 100 percent sure.
18   Q. Would that be more the outsource department?
19   A. Correct.
20   Q. They would handle the communication with the
21      lawyer?
22   A. Correct.
23   Q. If the lawyer needed them to sign
24      verifications, then they would handle that?
25   A. Correct.
```



```
 1      out of these which ones do we want to pursue
 2      legally?
 3   A. Correct, ones that they may place with an
 4      attorney for possible suit, yes.
 5   Q. Okay.  So you call it place with an attorney
 6      but really what you're doing is hiring an
 7      attorney to file a lawsuit?
 8           MR. LITTLE:  Object to the form.  He can
 9      call it what he wants.  It's his testimony.
10           MR. SEMNAR:  Sure.  I understand that's
11      the language.
12   A. I guess, yes.  You call it the same thing in
13      reality.  Just like we hire an agency to
14      collect on accounts, we would hire an attorney
15      to pursue legal.
16   Q. When you say pursue legal, just because I
17      don't want to have issues with terminology,
18      pursing legal means the attorney files a
19      lawsuit against the consumer?
20   A. Possible, yes.
21   Q. Okay.  If the attorney decides there's merit
22      to the lawsuit, then the attorney will file a
23      lawsuit against the consumer on behalf of DNF?
24   A. Correct.
25   Q. At that point the client of the attorney would
```



```
 1    be DNF?
 2  A. Correct.
 3  Q. And then the defendant would be the consumer
 4    who owes the debt?
 5  A. Correct.
 6  Q. Okay.  Out of the debt accounts that have gone
 7    through collection, you wouldn't be able to
 8    tell me what percentage out of the debts that
 9    have exhausted the collection activity through
10    a debt collector are transferred to going to
11    legal, right?
12         MR. LITTLE:  Object to the form.
13  A. I wouldn't know, no.
14  Q. Do you know somebody who would know?
15  A. The outsource team would know.
16  Q. So if I were to send you a question, for
17    example, that says please tell me out of the
18    all of the debt that's not collected, because
19    they've gone through debt collection activity,
20    out of those debts, what percentage goes to
21    legal?  Would you be able to figure that out?
22         MR. LITTLE:  Object to the form.
23  A. I could request the information, correct.
24  Q. Okay.  You probably don't know this, but I'll
25    ask so you can say you don't know.  Do you
```



```
 1      you whatever is outstanding of customers that
 2      didn't pay their credit card bills?
 3              MR. LITTLE:  Form.
 4   A. I believe so, yes.
 5   Q. And there's some negotiation done?
 6   A. Correct.
 7   Q. Once you get those accounts and the documents
 8      that comes with them, then you look for debt
 9      collectors to collect on those debts?
10   A. Correct.
11   Q. Is that the purpose of buying the debts to
12      have ultimately somebody collect on them and
13      hopefully make money on it?
14              MR. LITTLE:  Form.
15   A. To collect on them, yes.
16   Q. Okay.  I mean, obviously that's the only
17      reason to buy the debt, right, is to collect
18      on them, right?
19              MR. LITTLE:  Form.
20   A. Correct.
21   Q. Can you think of any other reason why DNF
22      would buy a debt?
23   A. Not DNF.  I've heard companies buying debt to
24      release the consumers of the debt.  We don't
25      do that, but again, not DNF, no.
```



```
 1
 2   Q. Let me show you a two page document that will
 3      mark as next in line which is Exhibit 6 to
 4      your deposition.
 5
 6      The following were marked for identification:
 7      Exhibit 6         copy of lawsuit
 8
 9   Q. Looking at Exhibit 6, do you know if that
10      looks like a complaint or a part of the
11      complaint that was filed on behalf of one your
12      lawyers in an attempt this consumer debt?
13   A. It does.
14   Q. I know you have no personal knowledge about it
15      because I just showed it to you, but that's
16      generally a complaint that's filed by one of
17      your lawyers and in this case it would be
18      Gordon something something?
19   A. Correct.
20   Q. Okay.  I think you talked about how sometimes
21      you guys file lawsuits, this would be an
22      example of it?
23   A. Correct.
24
25
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1        The following were marked for identification:
 2        Exhibit 7         copy of lawsuit
 3
 4   Q.   I'm going to attach as Exhibit 7 another copy
 5        of another lawsuit.  Does this also look like
 6        one of the lawsuits that would be filed on
 7        behalf of DNF?
 8   A.   It does.
 9   Q.   Obviously since DNF only buys consumer debt,
10        these would be lawsuits to collect a consumer
11        debt, correct?
12   A.   That's correct.
13   Q.   In fact, ever lawsuit that would be filed on
14        behalf of DNF would be technically a lawsuit
15        to collect a consumer debt because that's the
16        only debt you buy, correct?
17             MR. LITTLE:  Object to the form.
18   A.   Should be, correct.
19   Q.   I know there's exceptions to the rule, but
20        generally it's always consumer debt that you
21        guys are dealing with?
22   A.   Correct.
23   Q.   Are the copies that I provided you just like
24        the page of the lawsuits, are those something
25        that DNF maintains in it's possession, custody
```



IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

| | |
|---|---|
| DNF ASSOCIATES, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEONTAE ARMSTRONG,<br><br>　　　　　　　　　　　Defendant. | Case No. _____<br><br>COMPLAINT<br>(For Breach of Contract)<br>ORS 21.160(1)(a)<br>**FOR A CLAIM LESS THAN $10,000**<br>SUBJECT TO MANDATORY ARBITRATION<br>TOTAL CLAIM: $1,921.90 |

Plaintiff alleges:　　　　　　　BREACH OF CONTRACT

**1.**

Plaintiff is a limited liability company, which for good and valuable consideration purchased Defendant's Kay Jewelers credit account and contract and all of the associated rights thereunder.

**2.**

Defendant, an individual residing in Multnomah County Oregon, entered into a contract with Kay Jewelers for a credit account. The credit account was issued to Defendant under the account number ******9402.

**3.**

Kay Jewelers supplied the credit account to Defendant subject to an agreement to repay all amounts charged to the account plus all associated costs and fees.

**4.**

Defendant thereafter used the credit account and became indebted to Kay Jewelers.

**5.**

Kay Jewelers performed its obligations under the terms of the contract.

Page 1 -- Complaint



6.

Defendant breached the contract by failing to make payment(s) as agreed. As a result, Defendant's credit account was charged off for delinquency on July 24, 2014.

7.

As a result of Defendant's breach, Defendant is indebted to Plaintiff in the sum of $1,921.90. Plaintiff is also entitled to actual costs and disbursements.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. The sum of $1,921.90;
2. Plaintiff's costs and disbursements incurred herein.

Dated this __16__ day of August, 2017.

Gordon, Aylworth & Tami, P.C.

*/s/ Peter Zochowski*

[ ] Matthew R. Aylworth, OSB #070930
[ ] Eleanor Tami, OSB #105214
[ ] Jessica A. Smith, OSB #144344
[✓] Peter A. Zochowski, OSB #131605
Of Attorneys for Plaintiff
Trial Attorney not yet appointed

Page 2 -- Complaint

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MARION COUNTY

DNF ASSOCIATES, LLC,

Plaintiff,

vs.

JERRY MOTHERSBAUGH aka JERRY MOTHERSBAUGH JR.,

Defendant.

Case No. 17CV35783 _____

COMPLAINT
(For Breach of Contract)
ORS 21.160(1)(a)
**FOR A CLAIM LESS THAN $10,000**
SUBJECT TO MANDATORY ARBITRATION
TOTAL CLAIM: $1,697.27

Plaintiff alleges:   BREACH OF CONTRACT

**1.**

Plaintiff is a limited liability company, which for good and valuable consideration purchased Defendant's Kay Jewelers credit account and contract and all of the associated rights thereunder.

**2.**

Defendant, an individual residing in Marion County Oregon, entered into a contract with Kay Jewelers for a credit account. The credit account was issued to Defendant under the account number ******1415.

**3.**

Kay Jewelers supplied the credit account to Defendant subject to an agreement to repay all amounts charged to the account plus all associated costs and fees.

**4.**

Defendant thereafter used the credit account and became indebted to Kay Jewelers.

**5.**

Kay Jewelers performed its obligations under the terms of the contract.

Page 1 -- Complaint

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276   Fax: (541) 343-8059   Email: info@gatlawfirm.com


EXHIBIT

**6.**

Defendant breached the contract by failing to make payment(s) as agreed. As a result, Defendant's credit account was charged off for delinquency on November 24, 2015.

**7.**

As a result of Defendant's breach, Defendant is indebted to Plaintiff in the sum of $1,697.27. Plaintiff is also entitled to actual costs and disbursements.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. The sum of $1,697.27;
2. Plaintiff's costs and disbursements incurred herein.

Dated this __16__ day of August, 2017.

Gordon, Aylworth & Tami, P.C.

*/s/ Peter Zochowski*

[ ] Matthew R. Aylworth, OSB #070930
[ ] Eleanor Tami, OSB #105214
[ ] Jessica A. Smith, OSB #144344
[X] Peter A. Zochowski, OSB #131605
Of Attorneys for Plaintiff
Trial Attorney not yet appointed

Page 2 -- Complaint

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276   Fax: (541) 343-8059   Email: info@gatlawfirm.com