BRENDAN H. LITTLE
RICHARD M. SCHERER, JR.
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Facsimile: (716) 853-5199
Email: blittle@lippes.com
Email: rscherer@lippes.com

*Pro Hac Vice* Attorney for Defendants
ACCOUNT DISCOVERY SYSTEMS, LLC and
DNF ASSOCIATES, LLC

JEFF POOLE
**HAMRICK & EVANS, LLP**
2600 West Olive Avenue, Suite 1020
Burbank, CA 91505
Telephone: (818) 763-5292
Facsimile: (818) 763-2308
Email: jpoole@hamricklaw.com

Attorneys for Defendants
ACCOUNT DISCOVERY SYSTEMS, LLC and
DNF ASSOCIATES, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PAVLOVICH, individually and on behalf of others similarly situated, | **CASE NO. 17-cv-412-AJB-KSC** |
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY DEFENDANT ACCOUNT DISCOVERY SYSTEMS, LLC FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56** |
| v. | |
| ACCOUNT DISOCVERY SYSTEMS, LLC and DNF ASSOCIATES, LLC | **Hon. Anthony J. Battaglia** |
| Defendants. | **DATE:** **January 25, 2018**  **TIME:** **2:00 PM**  **CTRM:** **Courtroom 4A** |

*Lippes Mathias Wexler Friedman LLP*
*Buffalo, New York*

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 25, 2018, at 2:00 p.m. or as soon thereafter as counsel may be heard, in Courtroom 4A of the above-entitled court located at 221 West Broadway, San Diego, California 92101, Defendant Account Discovery Systems, LLC ("ADS") will and hereby does move for summary judgment.

By way of this Motion, ADS asks this Court to order summary judgment in favor of ADS on Plaintiff Juan Pavlovich's ("Plaintiff") claim that ADS violated the Fair Debt Collection Practices Act ("FDCPA") and the Rosenthal Fair Debt Collections Practice Act ("RFDCPA"). The record demonstrates that ADS did not engage in any deceptive or unfair collection practices and, therefore, ADS has not violated the FDCPA or RFDCPA as a matter of law. As Plaintiff cannot raise a genuine issue of material fact to support his claims based on the FDCPA and RFDCPA, ADS is entitled to summary judgment.

This motion is based upon this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities, as well as such other and further documentary, demonstrative and oral evidence as may be requested or permitted by the Court.

LIPPES MATHIAS WEXLER FRIEDMAN LLP
Buffalo, New York

DATED:      November 27, 2017

                              Respectfully submitted,

                              LIPPES MATHIAS WEXLER FRIEDMAN LLP

                              /s Richard M. Scherer Jr.
                              Richard M. Scherer Jr., Esq.
                              *Admitted Pro Hac Vice*
                              Attorneys for Defendant
                              Account Discovery Systems, LLC


                    **<u>CERTIFICATE OF SERVICE</u>**

     I  hereby  certify  that  on  November  27,  2017,  I  electronically  filed  the

foregoing Notice of Motion and Motion For Summary Judgment via the CM/ECF

system, which should then send notification of such filing to all counsel of record.

                              /s Richard M. Scherer Jr.
                              Richard M. Scherer Jr., Esq.

LIPPES MATHIAS WEXLER FRIEDMAN LLP
Buffalo, New York