

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Pavlovich, individually and on behalf of others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>Account Discovery Systems, LLC; DNF Associates, LLC<br><br>**Defendant.** | Civil Action No.   17-cv-0412-AJB-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds there was no underlying violation and GRANTS ADS's summary judgment motion. (Doc. No. 60.)

Because there is no underlying violation, the Court DENIES as moot DNF's dismissal motion, (Doc. No. 48), both class certification motions, (Doc. Nos. 67, 77), Pavlovich's partial motion for summary judgment, (Doc. No. 44), and ADS's motion to strike plaintiff's declaration, attached to his class certification reply brief, (Doc. No. 79).

**Date:**   4/3/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Corsello

A. Corsello, Deputy