Alex Asil Mashiri, Esq. (SBN 283798)
Alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Telephone: (858) 348-4938
Fax: (858) 348-4939

Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
**SEMNAR & HARTMAN, LLP**
41707 Winchester Road, Suite 201
Temecula, CA 92590
Telephone: (619) 500-0881
Fax: (888) 819-8230

Attorneys for Plaintiff:
JUAN PAVLOVICH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PAVLOVICH, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACCOUNT DISCOVERY SYSTEMS, LLC; and DNF ASSOCIATES, LLC. <br><br> Defendants. <br> _____ | Case No. 3:17-cv-00412-AJB-KSC <br><br><br><br> **JOINT MOTION TO DISMISS CASE WITH PREJUDICE AND VACATE ORDER TAXING COSTS** |

Plaintiff JUAN PAVLOVICH ("Plaintiff") and Defendants ACCOUNT DISCOVERY SYSTEMS, LLC and DNF ASSOCIATES, LLC. ("Defendants") have entered into a confidential settlement agreement. Per the parties' settlement agreement, Defendants have agreed to waive the $2,103.00 in costs, which the Court awarded to Defendants on April 20, 2018.

Accordingly, the parties jointly move to set aside the April 20, 2018 order taxing costs in the amount of $2,103.00. The parties also jointly move the Court to dismiss Plaintiff's individual claims with prejudice. Each party to bear their own respective attorney's fees, expenses and costs.

Respectfully submitted,

DATED:  August 15, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff

DATED:  August 15, 2018

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By: /s/Brendan H. Little
Brendan H. Little, Esq.
Attorney for Defendants

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Brendan H. Little counsel for Defendants and that I have obtained Mr. Little's approval for his electronic signature to this document.

DATED: August 15, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the foregoing **JOINT MOTION TO DISMISS CASE WITH PREJUDICE AND VACATE ORDER TAXING COSTS** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED:  August 15, 2018  **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff