# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PAVLOVICH, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>ACCOUNT DISCOVERY SYSTEMS, LLC; and DNF ASSOCIATES, LLC.<br><br>    Defendants. | Case No. 3:17-cv-00412-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO VACATE ORDER TAXING COSTS**<br><br>**(Doc. No. 103)** |

Pending before the Court is the parties' joint motion to vacate the order taxing costs. (Doc. No. 97.)  Pursuant to the parties' joint request, the court **GRANTS** the motion and vacates the April 20, 2018 order taxing costs in the amount in $2,103.00. (Doc. No. 97.)  Each party will bear their own costs and expenses.

**IT IS SO ORDERED.**

Dated: August 15, 2018

Hon. Anthony J. Battaglia
United States District Judge